IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                                             Cr. No. 14-2867 KG

EDDIE VELARDE-CARMONA,

     Defendant.

<u>ORDER TO SHOW CAUSE</u>

     Having failed to appear at the December 3, 2014, Criminal Call of the Calendar; and

having failed to appear at the December 8, 2014, hearing on the December 3, 2014, Order to

Show Cause (Doc. 39),

     IT IS ORDERED that Enrique Palomares appear before this Court on Wednesday,

December 10, 2014, at 10:30 AM before United States District Court Judge Kenneth J. Gonzales

at the United States Courthouse, Mimbres Courtroom, North Tower, Fourth Floor, 100 N.

Church St., Las Cruces, New Mexico and show cause, if there be any, why (1) he should not be

held in contempt of court by reason of his failure to appear at the December 3, 2014, Call of the

Calendar, and the December 8, 2014, show cause hearing; and (2) he should not, therefore, be

ordered to pay a $500.00 fine payable to the Clerk of the Court.

UNITED STATES DISTRICT JUDGE